```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LISA PRICE,                         :
                                    :
                    Plaintiff,      :    ORDER
                                    :
        -against-                   :    07 Civ. 11318 (BSJ)(MHD)
                                    :
MOUNT SINAI HOSPITAL, et al.,       :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Plaintiff having filed a complaint in the above-mentioned action on December 17, 2007,

It is hereby **ORDERED** as follows:

Plaintiff is to serve and file an affidavit by **MONDAY, MAY 19, 2008** demonstrating good cause, if any, for her failure to accomplish service of the complaint upon the defendants within 120 days, as required by Rule 4(m) of the Federal Rules of Civil Procedure. In the event that plaintiff cannot demonstrate good cause or accomplish service in the interim, the undersigned may recommend dismissal of the complaint without prejudice.

DATED:  New York, New York
        April 18, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

A copy of the foregoing Order has been mailed this date to:

Lisa Price
1952 First Avenue
# 3L
New York, NY 10029