DOC # 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Price

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Mount Sinai Hospital, Et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

[Stamp: U.S. DISTRICT COURT FILED APR 21 2008 S.D. OF N.Y.]

[Stamp: ELECTRONICALLY FILED DOC #: DATE FILED: 4/23/08]

07 Civ. 11318 ( ) (MHD)

NOTICE OF MOTION

[Stamp: RECEIVED APR 23 2008]

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Lisa Price,
                                                                  *(name)*
affirmed on  21  04 , 2008, and upon the exhibits attached thereto *(delete if no*
            *(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
                                                                    *(circle one)*
Michael H. Dolinger United States District/Magistrate Judge, for an order
*(Judge's name)*                                      *(circle one)*
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*
Judge to order): Amending Summons- The defendants have not responded to my complaint that was sent by the U.S Marshal Dept. The U.S Marshal's office will have to serve them personally but they will need more time. Please see copies of document showing that I sent I complaint/summons on 3/10/08 within the 120 days.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York , NY
         *(city)*     *(state)*
       04   21  , 2008
     *(month)* *(day)*  *(year)*

Signature Lisa Price
Address 1952 First Avenue. Apt 3L
        New York, NY 10029
Telephone Number (212) 831-2957
Fax Number *(if you have one)* same

The summons have

Rev. 05/2007

ENDORSED ORDER

The U.S. Marshal advises that it mailed the summons and complaint on March 26, 2008, and that if no response is received by April 28, 2008, personal service will be attempted. Accordingly, no relief is currently needed.

[signature] 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Price

---

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 11318 ( ) (MHD)

- against -

**AFFIRMATION IN SUPPORT OF MOTION**

Mount Sinai Hospital, Et al

---
---
---

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

1. I, __Lisa Price__, **affirm under penalty of perjury** that:
   (name)

1. I, __Lisa Price__, am the (plaintiff)/defendant in the above entitled action,
   (name)                       (circle one)
and respectfully move this Court to issue an order __Amending Summons__.
                                                   *(state what you want the Judge to order)*

2. The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: The defendants Mount Sinai Hospital, Et al have not responded to my summons, therefore the U.S Marshal's have to personally serve summons it will need an extended time period. I sent my complaint to U.S Marshals on 3/10/08 within the 120 days, but they need more time since Mount Sinai has not responded back.

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: __New York__, __NY__
        (city)          (state)
       __04__  __21__, 20__08__
       (month) (day)   (year)

Signature __Lisa Price__
Address __1952 First Ave Apt 3L__
        __New York, NY 10029__
Telephone Number __(212) 731-2957__
Fax Number *(if you have one)* __same__

* (The summons have expired please issue a new summons)

Rev. 05/2007

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lisa Price
1952 First Avenue Apt 3L
New York, NY 10029

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S Marshal's office - S.D.N.Y
Daniel Patrick Moynihan U.S Courthouse
500 Pearl Street, 4th FL
New York, NY 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 1 9 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0004 9033 5108

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK NY 10007   0026

| | | |
|---|---|---|
| Postage | $ | $2.16 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.96 |

Postmark Here  02  03/18/2008

Sent To: U.S Marshal's office - S.D.N.Y
Street, Apt. No.; or PO Box No. Daniel Patrick Moynihan U.S Courthouse, 500 Pearl Street, 4 FL
City, State, ZIP+4 New York, NY 10007

7005 1820 0004 9033 5108

PS Form 3800, June 2002

Lisa Price
1922 First Ave
Apt 32
New York, NY 10029
Tel (212) 831-2957
Email - LPITRICE2000@yahoo.com

3/13/08

ATTN: United States Marshals Office - S.D.N.Y.

I have enclosed the following documents regarding my Summons and Complaint to be served to Mount Sinai, Marc Nozzolillo, and Megan Morgan.

I have enclosed the following addresses as listed on the Check of the documents as listed. In case I am not the Summons should be sent. If I do have any questions please feel free to contact me at the telephone number or email address listed above. Thank you for your time and cooperation.

Sincerely,
Lisa Price
Lisa Price

—

ed States Marshals Service
United States Marshals Service to
o the Marshals:

der granting in forma pauperis

ig in forma pauperis (one for each

for you);
soners (if applicable);
[ ]:

Marshals Service regarding extra

Marshals Service (included only

\* \* \* \* \*

### Plaintiff's Checklist of Documents to be sent to the United States Marshals Service

If you were granted *in forma pauperis* and are using the United States Marshals Service to serve your defendants, you must send the following documents to the Marshals:

- ✓ Original summons (with the raised seal of the Court on it);
- ✓ Copies of the summons (one for each defendant);
- ✓ Certified copy of the *in forma pauperis* application **or** order granting *in forma pauperis* (with the raised seal of the Court on it);
- ✓ Copies of the *in forma pauperis* application **or** order granting *in forma pauperis* (one for each defendant);
- ✓ Copies of the complaint (one for each defendant and one for you);
- ✓ Copies of the Local Rule 33.2 Discovery Requests for prisoners (if applicable);
- ✓ USM-285 Marshals Service forms (one for each defendant);
- ✓ Memorandum from the *Pro Se* Clerk to the United States Marshals Service (regarding extra copies for service);
- ✓ Memorandum from the *Pro Se* Clerk to the United States Marshals Service (included only if you are suing government officials).

*Rev. 07/2007*


11

U.S. GPO 2005-313-659/90103

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Lisa Price | COURT CASE NUMBER: 07 CV 11318 |
| DEFENDANT: Mount Sinai Hospital | TYPE OF PROCESS: Summons and Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Megan Morgan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT One Gustave L. Levy Place, Annenberg 17-66 New York, NY 10029 (Box 1198)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lisa Price
1952 First Avenue Apt 3L
New York, NY 10029

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Tel (212) 241-8088 / Fax (212) 289-8569
The best time to serve the summons and complaint is between 9:00 A.M - 5:00 P.M - Mon-Friday

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Lisa Price
TELEPHONE NUMBER: (212) 831-2957
DATE: 3/18/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin: No | District to Serve: No | Signature of Authorized USMS Deputy or Clerk | Date

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

REMARKS:

U.S. GPO 2005-313-659/90103

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Lisa Price | COURT CASE NUMBER: 07 CV 11318 |
| DEFENDANT: Mount Sinai Hospital | TYPE OF PROCESS: Summons and Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mount Sinai Hospital- Assoc General Counsel: Sally Strauss

AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1425 Madison Avenue, New York, NY 10029 (Box 1099) located at the corner of 98th Street

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lisa Price
1952 First Avenue Apt 3L
New York, NY 10029

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Labor Relations- Attn. Jeff Cohen- Vice President
One Gustave L. Levy Place Box 1097 New York, NY 10029
Tel (212) 241-8381

Assoc General Counsel- Sally Strauss Tel (212) 659-8105

Signature of Attorney or other Originator requesting service on behalf of:
Lisa Price
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (212) 831-2957
DATE: 3/18/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

U.S. GPO: 2005-313-659/90103

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Lisa Price | COURT CASE NUMBER<br>07 CV 11318 |
|---|---|
| DEFENDANT<br>Mount Sinai Hospital | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mario Nozzolillio

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5 East 98th Street, 8FL New York, NY 10029 (Box 1200)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lisa Price
1952 First Avenue Apt 3L
New York, NY 10029

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Tel # (212) 241-9464
It is best to serve the summons & complaint between 9:00 A.M – 5:00 P.M Mon-Friday
On the front of the envelop place "Confidential" only to be open by individual - Mr. Nozzolillio

Signature of Attorney or other Originator requesting service on behalf of: Lisa Price
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (212) 831-2957
DATE: 3/18/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

07 CV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Lisa Price_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_Mount Sinai Hospital, Megan Morgan, Mario Nozzolillio_

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**I.F.P. GRANTED.**
Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. S 1915.
So Ordered.

REQUEST TO PROCEED IN FORMA PAUPERIS
DEC 1 4 2007
(Date)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chief Judge

I, _Lisa Price_, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _Century Operating Corp - 7 Penn Plaza, Suite 1400, NY NY 10001_
   _12 week "Temp" assignment at $20 per hour_

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _Partial disability payment from my disability in Sept 2007_

   a) Are you receiving any public benefits?   [ ] No.   [✓] Yes, $ _Medicaid Card health "only"_
   b) Do you receive any income from any other source?   [✓] No.   [ ] Yes, $

DEC 0 ...

Rev. 05/2007

1

UNITED STATES GOVERNMENT

# memorandum

Date: 1/4/08

Reply to
Attn of: *Pro Se* Office

Subject: Service of Process in: Lisa Price v. Mount Sinai Hospital, et al
07 Civ. 11318 (BSJ)

To:   U.S. Marshal


Attached are two additional copies of the complaint in the above-referenced action.
These copies are provided in the event you will have to serve the defendants personally.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Price
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 11318 ( ) MHD

- against -

Mount Sinai Hospital, Et al.
_____

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Lisa Price
     *(name)*
, **declare under penalty of perjury** that I have

served a copy of the attached Amending summons
                                *(document you are serving)*

upon Exec Counsel - Sally Strauss              whose address is 1425 Madison
      *(name of person served)*

Avenue (Box 1099) New York, NY 10029
                *(where you served document)*

by Certified mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York , NY
        *(town/city)* *(state)*

04   21  , 2008
*(month)* *(day)* *(year)*

Lisa Price
Signature

1952 First Avenue Apt 3L
Address

New York, NY
City, State

10029
Zip Code

(212) 731-2957
Telephone Number

Rev. 05/2007