DOC #_5_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Price

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

- against -

Mount Sinai Hospital, Etal.

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

U.S. DISTRICT COURT FILED APR 2 1 2008 S.D. OF N.Y.

07 Civ. 11318 ( ) (MHD)

NOTICE OF MOTION

RECEIVED APR 2 3 2008

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Lisa Price , _(name)_

affirmed on 21 04 , 20 08 , and upon the exhibits attached thereto _(delete if no_
_(date)_

_exhibits)_, the accompanying Memorandum of Law in support of this motion _(delete if there is no_

_Memorandum of Law)_, and the pleadings herein, plaintiff/defendant will move this Court, before

_(circle one)_

Michael H. Dolinger United States District/Magistrate Judge, for an order
_(Judge's name)_                                    _(circle one)_

pursuant to Rule ____ of the Federal Rules of Civil Procedure granting _(state what you want the_

_Judge to order):_ Amending Summons - The defendants have not responded to my complaint that was sent by the U.S Marshal Dept. The U.S Marshal's office will have to serve them personally, but they will need more time. Please see copies of document showing that I sent I complaint/summons on 3/18/08 within the 120 days.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York , NY
         _(city)_       _(state)_

04 21 , 20 08
_(month)_ _(day)_ _(year)_

Signature Lisa Price
Address 1952 First Avenue. Apt 3L
New York NY 10029
Telephone Number (212) 831-2957
Fax Number _(if you have one)_ same

The summons have

Rev. 05/2007

ENDORSED ORDER

The U.S. Marshal advises that it mailed the summons and complaint on March 26, 2008 and that if no response is received by April 25, 2008, personal service will be attempted. Accordingly, no relief is currently needed.

[signature] 4/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Price

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

07 Civ. 11318 ( ) (MHD)

- against -

Mount Sinai Hospital, Et al

**AFFIRMATION IN SUPPORT OF MOTION**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, __Lisa Price__, affirm under penalty of perjury that:
(name)

1. I, __Lisa Price__, am the (plaintiff)/defendant in the above entitled action,
(name)                              (circle one)
and respectfully move this Court to issue an order __Amending Summons__.
(state what you want the Judge to order)

2. The reason why I am entitled to the relief I seek is the following (state all your reasons using additional paragraphs and sheets of paper as necessary): __The defendants Mount Sinai Hospital Et al have not responded to my summons therefore the U.S Marshal's have to personally serve summons but will need an extended time period. I sent my complaint to U.S Marshals on 3/10/08 within the 120 days but they need more time since Mount Sinai has not responded__

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __New York__, __NY__
       (city)      (state)
__04__  __21__, 20__08__
(month) (day)  (year)

Signature __Lisa Price__
Address __1952 First Ave Apt 3L__
__New York, N.Y 10029__
Telephone Number __(212) 731-2957__
Fax Number (if you have one) __same__

*(The summons have expired
please issue a new summons)

Rev. 05/2007