```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LISA PRICE,                         :
                                    :
                    Plaintiff,      :
                                    :        ORDER
        -against-                   :
                                    :        07 Civ. 11318 (BSJ)(MHD)
THE MOUNT SINAI HOSPITAL, et al.,   :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that an initial conference has been scheduled in the above-captioned action on **THURSDAY, JUNE 12, 2008 at 3:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
       June 3, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Greg Preston, Esq.
65 Broadway, Suite 508
New York, NY 10006

Rory J. McEvoy, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Shari A. Alexander, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022