```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LISA PRICE,                         :
                                    :
                  Plaintiff,        :
                                    :       ORDER
        -against-                   :
                                    :       07 Civ. 11318 (BSJ)(MHD)
THE MOUNT SINAI HOSPITAL, et al.,   :
                                    :
                  Defendants.       :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. Plaintiff is to serve and file an amended complaint by **MONDAY, JULY 7, 2008**.

2. Defendants are to serve their answer or other response to the complaint by no later than **THURSDAY, AUGUST 7, 2008**.

3. The parties are to serve their initial interrogatories and document requests by no later than **THURSDAY, AUGUST 7, 2008**.

4. All fact discovery is to be completed by **MONDAY, DECEMBER 1, 2008**.

5. Plaintiff is to designate ~~his~~ *the* expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **MONDAY, DECEMBER 8, 2008**. Defendants are to provide the equivalent information by **MONDAY, DECEMBER 22, 2008**.

6. All remaining expert witness discovery is to be completed by **FRIDAY, JANUARY 16, 2009**.

7. The parties are to submit a joint pre-trial order by **FRIDAY, FEBRUARY 6, 2009**, unless a potentially dispositive motion has been served by that date.

DATED:  New York, New York
        June 12, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Greg Preston, Esq.
65 Broadway, Suite 508
New York, NY 10006

Rory J. McEvoy, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Shari A. Alexander, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022