# PRESTON WILKINS MARTIN & RODRIGUEZ PLLC
ATTORNEYS AT LAW

JESSE T. WILKINS*
GREGORY R. PRESTON**
PAUL P. MARTIN***
ELSA RODRIGUEZ PRESTON***

76 S. ORANGE AVE., STE. 300
SOUTH ORANGE, NEW JERSEY 07079

SENDER'S EMAIL: GPreston@pwmesqs.com

NEW JERSEY MAILING ADDRESS:
P.O. BOX 421
HOBOKEN, N.J. 07030

NEW YORK OFFICE:
65 BROADWAY, SUITE 508
NEW YORK, NEW YORK 10006
TEL: 212-809-0000; FAX: 809-4753

(*MEMBER NY, NJ & CT BARS)
(**MEMBER NY & NJ BARS)
(***MEMBER, NY BAR, ONLY)

TELEPHONE: 973-763-0399
TELEFAX: 973-763-4077

July 9, 2008

**VIA FACSIMILE 212 805-7928**

Hon. Michael H. Dolinger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

RECEIVED
JUL - 9 2008
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
SDNY

RE: Lisa Price v. The Mount Sinai Hospital et al.
Index No.: 07-Civ. 11318 (BSJ)(MHD)

Dear Judge Dolinger:

I am the attorney for Lisa Price in the above referenced matter and am writing to request a brief extension of time from July 7, 2008 to July 11, 2008 to file an Amended Complaint in this action. The Amendment of the Complaint is necessary because it was originally filed by my client *pro se*. I have spoken with Shari Alexander, Counsel for Defendants and she has no objection to this request.

We apologize to the Court and Counsel for any inconvenience this may have caused.

Respectfully yours,

Gregory R. Preston

GRP:emr
Cc: Shari Alexander, Esq. (Via Facsimile 866-885-1917)

ENDORSED ORDER
Application granted.
[signature]
7/10/08