```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LISA PRICE,                         :
                                    :
                Plaintiff,          :
                                    :         ORDER
        -against-                   :
                                    :    07 Civ. 11318 (BSJ)(MHD)
THE MOUNT SINAI HOSPITAL, et al.,   :
                                    :
                Defendants.         :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A telephone conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **FRIDAY, MAY 15, 2009.**

2. Plaintiff is to designate her expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **FRIDAY, MAY 22, 2009.** Defendants are to provide the equivalent information by **FRIDAY, JUNE 5, 2009.**

   3. All remaining expert witness discovery is to be completed by **FRIDAY, JUNE 19, 2009**.

   4. The parties are to submit a joint pre-trial order by **FRIDAY, JULY 17, 2009**, unless a potentially dispositive motion has been served by that date.


**DATED:**   New York, New York
           March 3, 2009

                                            SO ORDERED.


                                            _____
                                            MICHAEL H. DOLINGER
                                            **UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent this date to:

Greg Preston, Esq.
65 Broadway, Suite 508
New York, NY 10006

Rory J. McEvoy, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Shari A. Alexander, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022